United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TEX MEX FOOD MART, LLC, <br> Plaintiff, <br><br> V. <br><br> EVANSTON INSURANCE COMPANY, <br> Defendant. | §§§§§§§§§§§§ <br><br> CIVIL ACTION NO. 7:23-CV-00318 |

## ORDER ON PLAINTIFF'S AMENDED MOTION TO DISMISS

On this day Plaintiff, Tex Mex Food Mart, LLC announced to the Court that it has entered into an agreement and settlement of all claims brought or capable of being brought by it in this action against Defendant Evanston Insurance Company and has requested the entry of this Order of Dismissal with prejudice as to Defendants. It is therefore,

ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought, or capable of being brought, by Plaintiff Tex Mex Food Mart, LLC in this action against Defendant Evanston Insurance Company are hereby dismissed with prejudice. It is further

ORDERED, ADJUDGED AND DECREED that all costs of court shall be borne by the party incurring same. All relief not expressly granted is hereby denied.

Signed this 25th day of September 2024.

_Ricardo H. Hinojosa_
Judge Presiding